IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) <br> UNITED STATES OF AMERICA ) <br> ) <br> v.                              ) <br> ) <br> RAKEEM WALLER            ) <br> _____ | CRIMINAL NO. 07-10158-DPW |

GOVERNMENT'S REQUEST FOR JURY INSTRUCTIONS

The United States of America hereby submits this request for jury instructions.  Instructions for the elements of the offense are all that are included, as the government is familiar and satisfied with the Court's standard instructions and practice in advising the jury how to evaluate the evidence and conduct deliberations.  The proposed elements below are based on the First Circuit Pattern Jury Instructions (1998).  The additional guidance is adapted from 2 Devitt, Blackmar and O'Malley, Federal Jury Practice and Instructions, §§54.13, 54.15 (4th ed. 1990).

The defendant is accused of distributing cocaine base on or about May 12, May 15, and June 9, 2006.  It is against federal law to distribute, that is, to transfer, cocaine base to another person.  For you to find the defendant guilty of these crimes, you must be convinced that the government has proven each of the following three things beyond a reasonable doubt:

    1)   That on the dates alleged the defendant transferred cocaine base to another person;

    2)   That he knew the substance was an illegal drug; and

    3)   That he acted intentionally, that is, it was his conscious object to transfer the cocaine base to another person.

You are instructed as a matter of law that, for all the counts of this Indictment, cocaine base, also known as "crack," is a controlled substance. However, it is up to you to ascertain whether or not the material in question was in fact cocaine base. In so doing you may consider all evidence in the case which is helpful to you in the determination of that issue, including the testimony of any experts or other witnesses who may have testified either to support or to dispute the allegation that the material in question was cocaine base.

It does not matter whether the defendant knew that the substance in question was cocaine base. It is sufficient that he knew that he was distributing or causing to be distributed some kind of controlled substance.

The government need not prove the actual amount of the cocaine base that was distributed by the defendant. The government must, however, prove beyond a reasonable doubt that the defendant distributed a measurable amount of a controlled substance.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By:

          /s/ Theodore B. Heinrich
          THEODORE B. HEINRICH
          Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

          /s/ Theodore B. Heinrich
          THEODORE B. HEINRICH
          Assistant U.S. Attorney

March 5, 2008