IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA      )
                              )
          v.                  )      CRIMINAL NO. 07-10158-DPW
                              )
RAKEEM WALLER                 )
_____
```

GOVERNMENT'S TRIAL BRIEF

The United States of America hereby submits this trial brief.

The indictment charges the defendant, Rakeem Waller, with three counts of distributing cocaine base in New Bedford on May 12, May 15, and June 9, 2006.  The indictment also contains a forfeiture allegation, although forfeiture will not be an issue at trial.

The evidence to be offered in support of the charges is easily summarized.  As part of a larger investigation of drug trafficking in New Bedford, agents and officers of an FBI task force conducted the three controlled buys from the defendant using a cooperating witness.  They were controlled buys in the sense that the officers and agents met, debriefed, and searched the cooperating witness before the deal; provided her with money to buy the anticipated amount of cocaine base; maintained unobtrusive physical surveillance of her to the extent possible during the deal; and met with her immediately after the deal and

received the drugs and searched her again.  The cooperating witness paid the defendant a total of $600 and, in exchange, the defendant directly handed to her a total of 5.1 grams (2.7, 1.0, and 2.4 grams) of cocaine base on May 12, May 15, and June 9, 2006.  The deals occurred just outside or in the common hallway of 40 Bullard Street.  In addition, investigators outfitted the cooperating witness with a hidden video recorder which successfully recorded each of the deals.  Each of three videos clearly shows the defendant participating in the charged transactions.  In one video, the defendant is seen to instruct the cooperating witness to be careful and to put the crack in her mouth.  Finally, absent stipulation, forensic chemist Brian O'Rourke will testify that he weighed and analyzed the exhibits and determined that they contained cocaine base and weighed the amounts indicated above.

   The facts, evidence, and charges do not raise any novel issues warranting extended discussion.  The cooperating witness has a criminal record and was paid for her participation in the investigation and in order to relocate after arrests were made in the cases.  While the government does not anticipate objecting to a full and fair cross-examination of these circumstances, it notes that the impeachment value of the inquiry is substantially limited by the videotapes fully corroborating the transactions.

   The government anticipates no more than 1-2 days will be required to complete the trial.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                    By:

                              /s/ Theodore B. Heinrich
                              THEODORE B. HEINRICH
                              Assistant U.S. Attorney
```

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

```
                               /s/ Theodore B. Heinrich
                              THEODORE B. HEINRICH
                              Assistant U.S. Attorney
```

March 5, 2008